IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    **Plaintiff,**

          **v.**                            **Cr. No.** 11-438-01(FAB)

JESUS RAFAEL SUAREZ-COLON

    **Defendant.**

**ORDER**

Having considered the Report and Recommendation filed on October 27 2011 (Docket No. 7) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Camille L. Velez-Rive on October 25, 2011, to which no opposition has been filed, the same is **APPROVED**. Accordingly, the guilty plea of defendant is accepted. The Court finds that his plea was voluntarily and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of an abbreviated and expedited Presentence Investigation Report on October 25, 2011. The U.S. Probation Office will prepare a pre-sentence report.

**Sentencing hearing scheduled for February 15, 2012 at 9:00 am.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, November 18, 2011.

                                          s/ Francisco A. Besosa
                                          FRANCISCO A. BESOSA
                                          UNITED STATES DISTRICT JUDGE